

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street – Suite 1100
White Plains, NY 10606

December 13, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Craig Dunn, 05 Cr. 127 (KMK)

Dear Judge Karas:

I write in response to the Court's order, dated November 9, 2023 (ECF No. 75), requiring the Government to respond to the defendant's application for sentence reduction (ECF No. 74), by December 11, 2023. However, no Assistant United States Attorney had been actively assigned to this case.

With much appreciation to the Court's Deputy Clerk, my Office was contacted yesterday about this case's reassignment. Today, I filed a notice of appearance. *See* ECF No. 76. Given these circumstances, the Government respectfully requests additional time, to January 15, 2024, to respond to the defendant's application.

Thank you for your time and attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Reyhan Watson
Assistant United States Attorney
(914) 993-1965
Reyhan.Watson@usdoj.gov

Granted.

So Ordered.
*[signature]*
12/15/23